IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOBIAS LEVITICUS WORTHEN,<br><br>*Plaintiff,*<br><br>v.<br><br>Warden TRACY JEFFERSON, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:21-cv-00341-TES-CHW |

### ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 37] to deny Defendants' Motion to Dismiss [Doc. 29] and grant Plaintiff's Motion to Amend [Doc. 33]. No party has filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation. [Doc. 37, p. 2]. Thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 37] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Defendants' Motion to Dismiss [Doc. 29] and

**GRANTS** Plaintiff's Motion to Amend [Doc. 33].

    **SO ORDERED**, this 5th day of January, 2023.

                                      S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**