IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOBIAS LEVITICUS WORTHEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-341-CAR-CHW |
| | * |
| Warden TRACY JEFFERSON, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 28th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk